NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0549

CURTIS MANUEL, JR.

VERSUS

EDITH MCFARLAND MANUEL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF CAMERON, NO. 10-16147,
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Kathleen Delaney
Attorney at Law
1531 Hodges Street
Lake Charles, LA 70601
(337) 433-5767

**COUNSEL FOR PLAINTIFF/APPELLEE:**
 **Curtis Manuel, Jr.**

**Richard Ducote**
**Becki L. Truscott**
**Jeannine Provencher**
**Richard Ducote & Associates, P.L.C.**
**731 Fern Street**
**New Orleans, LA 70118**
**(504) 314-8400**
**COUNSEL FOR DEFENDANT/APPELLANT:**
 **Edith McFarland Manuel**